IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MO-KAN IRON WORKERS PENSION FUND, et al. | ) |
| | ) Case No. 18-482-CV-W-GAF |
| Plaintiffs, | ) |
| v. | ) |
| FULSOM BROTHERS, INC. | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

It is therefore, ORDERED, ADJUDGED and DECREED that judgment by default is hereby entered against defendant, Fulsom Brothers, Inc., and in favor of plaintiffs, Mo-Kan Iron Workers Pension Fund, Mo-Kan Iron Workers Welfare Fund, Mo-Kan Iron Workers Apprenticeship, Training and Education Fund and their respective Trustees for failure to answer or to plead, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, as follows:

COUNT I

1. That the plaintiff, Mo-Kan Iron Workers Pension Fund, have and recover of and from the defendant for the period **January 1, 2012 through December 31, 2013** the amount of **TWENTY-FIVE THOUSAND, SIX HUNDRED THIRTY-ONE AND 03/100 ($25,631.03) DOLLARS** in unpaid fringe benefit contributions, **FIVE THOUSAND, ONE HUNDRED TWENTY-SIX AND 23/100 ($5,126.23) DOLLARS** as and for liquidated damages and **THREE THOUSAND, NINE HUNDRED SEVENTEEN AND 63/100 ($3,917.63) DOLLARS** representing interest on the unpaid contributions; **SEVEN HUNDRED FORTY-EIGHT AND 27/100 ($748.27) DOLLARS** representing reasonable attorneys' fees; **ONE THOUSAND, NINE HUNDRED TWENTY-**

**FIVE AND 55/100 ($1,925.55) DOLLARS** representing audit costs, for a total of **THIRTY SEVEN THOUSAND, THREE HUNDRED FORTY-EIGHT AND 71/100 ($37,348.71) DOLLARS**; and their costs herein incurred and expended and that execution issue therefore.

2. That the plaintiff, Mo-Kan Iron Workers Annuity Fund, have and recover of and from the defendant for the period **January 1, 2012 through December 31, 2013** the amount of **TWENTY-ONE THOUSAND, NINE HUNDRED THIRTY-TWO AND 89/100 ($21,932.89) DOLLARS** in unpaid Annuity Plan contributions, **FOUR THOUSAND, THREE HUNDRED EIGHTY-SIX AND 60/100 ($4,386.60) DOLLARS** as and for liquidated damages and **THREE THOUSAND, THREE HUNDRED FIFTY-SIX AND 00/100 ($3,356.00) DOLLARS** representing interest on the unpaid contributions; **SIX HUNDRED TWENTY-THREE AND 56/100 ($623.56) DOLLARS** representing reasonable attorneys' fees; **ONE THOUSAND, SEVEN HUNDRED ELEVEN AND 60/100 ($1,711.60) DOLLARS** representing audit costs, for a total of **THIRTY-TWO THOUSAND, TEN AND 65/100 ($32,010.65) DOLLARS**; and their costs herein incurred and expended and that execution issue therefore.

## COUNT II

1. That the plaintiff, Mo-Kan Iron Workers Welfare Fund, have and recover of and from the defendant for the period **January 1, 2012 through December 31, 2013** the amount **TWENTY-FOUR THOUSAND, NINE HUNDRED SIXTY AND 85/100 ($24,960.85) DOLLARS** in unpaid Welfare Fund contributions, **FOUR THOUSAND, NINE HUNDRED NINETY-TWO AND 18/100 ($4,992.18) DOLLARS** as and for liquidated damages and **THREE THOUSAND, EIGHT HUNDRED TWENTY-TWO AND 75/100 ($3,822.75) Dollars** representing interest on the unpaid contributions; **SIX HUNDRED SIXTY-FIVE AND 13/100 ($665.13) DOLLARS** representing reasonable attorneys' fees; **ONE THOUSAND, SIX HUNDRED FOUR AND 63/100 ($1,604.63) DOLLARS** representing audit costs, for a total of **THIRTY-SIX THOUSAND, FORTY-FIVE AND 51/100 ($36,045.54) DOLLARS**; and their costs herein incurred and expended and that execution issue therefore.

COUNT III

      1.      That the plaintiff, Mo-Kan Iron Workers Apprenticeship, Training and Education Fund, have and recover of and from the defendant for the period **January 1, 2012 through December 31, 2013** the amount of **TWO THOUSAND, ONE HUNDRED ELEVEN AND 05/100 ($2,111.05) DOLLARS** in unpaid Training Fund contributions, **FOUR HUNDRED TWENTY-TWO AND 22/100 ($422.22) DOLLARS** as and for liquidated damages and **THREE HUNDRED TWENTY-ONE AND 64/100 ($321.64) Dollars** representing interest on the unpaid contributions; **FORTY-ONE AND 56/100 ($41.56) DOLLARS** representing reasonable attorneys' fees; **ONE HUNDRED SIX AND 97/100 ($106.97) DOLLARS** representing audit costs, for a total of **THREE THOUSAND, THREE AND 44/100 ($3,003.44) DOLLARS**; and their costs herein incurred and expended and that execution issue therefore.

Dated:    September 7, 2018        PAIGE WYMORE-WYNN
                                                            Clerk of Court

Entered:  September 7, 2018        /s/ Lisa Mitchell
                                                            (By) Deputy Clerk