# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| MO-KAN IRON WORKERS<br>PENSION FUND, *et al*,<br><br>      Plaintiff,<br><br>v.<br><br>FULSOM BROTHERS, INC.<br><br>      Defendant. | Case No. **18-CV-00482-GAF** |

## ORDER VACATING AND SETTING ASIDE DEFAULT JUDGMENT

**NOW**, on this 20th day of December, 2018, the parties' Joint Motion to Set Aside Default Judgment (Doc. 23) is taken up by the Court. The Court, after reviewing the relevant filings, and being otherwise fully advised in the premises, finds that good cause exists and that reasons exists to provide relief from the default judgment pursuant to Fed. R. Civ. P. 55(c) and Fed. R. Civ. P. 60(b) and, therefore, hereby grants the Motion.

**IT IS THEREFORE ORDERED** that the Clerk's Entry of Default (Doc. 9), Default Judgment (Doc. 12) and the Judgment in Civil Action (Doc. 13) are hereby vacated and set aside.

**IT IS FURTHER ORDERED** that Defendant's Motion to Aside Set Aside Default Judgment with Suggestions in Support (Doc. 14) is made moot by this Order.

**IT IS SO ORDERED.**

                                                        s/ Gary A. Fenner
                                                        GARY A. FENNER, JUDGE
                                                        UNITED STATES DISTRICT COURT

DATED: December 20, 2018