IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MO-KAN IRON WORKERS PENSION FUND, *et al*, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. **18-CV-00482-GAF**<br>) |
| v. | )<br>) |
| FULSOM BROTHERS, INC. | )<br>) |
| Defendant. | ) |

### STIPULATED DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs and Defendant, by and through their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and all claims the subject matter of the within action having been fully compromised and settled between the parties, the within action is hereby dismissed with prejudice, with each party to bear their respective costs.

ARNOLD, NEWBOLD, WINTER & JACKSON, P.C.

*/s/ Bradley J. Sollars*_____

Bradley J. Sollars, MO No. 54931
1100 Main Street, Suite 2001
Kansas City, MO 64105
Telephone: (816) 421-5788
Facsimile: (816) 471-5574
*Attorney for Plaintiffs*

ENSZ & JESTER, P.C.

*/s/ Chris Napolitano*_____
Wesley J. Carrillo, MO No. 61199
Christopher M. Napolitano, MO No. 66610
2121 City Center Square
1100 Main Street
Kansas City, MO 64105
Telephone: (816) 474-8010
Facsimilie: (816) 471-7910
*Attorneys for Defendant*